

**FILED**

NOV 2 0 2020

CLERK, U.S. DIST...
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

IRIS GARCIA,

Defendant.

Case No. 20cr0513-DMS

AMENDED ORDER OF
CRIMINAL FORFEITURE

On August 13, 2020, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of Defendant IRIS GARCIA ("Defendant") in the following properties:

a.   $699,680.00 in U.S. Currency; and

b.   2014 Chrysler Town and Country minivan bearing California license plate number 8NYD106 and Vehicle Identification Number (VIN) 2C4RC1BG1ER211445.

For thirty (30) consecutive days ending on September 17, 2020, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the

1   Court within thirty (30) days of the final publication for a hearing to adjudicate the

2   validity of their alleged legal interest in the properties.

3       On August 24, 2020, Notice of Order of Forfeiture was sent by Federal

4   Express as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Gregorio Gonzalez<br>4320 University Avenue<br>San Diego, CA 92105 | 771343517701 | Marked Undeliverable. |

9       Thirty (30) days have passed following the final date of notice by publication

10   and notice by Federal Express, and no third party has made a claim to or declared

11   any interest in the forfeited properties described above.

12       Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

13   that, as a result of the failure of any third party to come forward or file a petition for

14   relief from forfeiture as provided by law, all right, title and interest of IRIS GARCIA

15   and any and all third parties in the following properties are hereby condemned,

16   forfeited and vested in the United States of America:

17       a.   $699,680.00 in U.S. Currency; and

18       b.   2014 Chrysler Town and Country minivan bearing
19   California license plate number 8NYD106 and Vehicle
    Identification Number (VIN) 2C4RC1BG1ER211445.

20       IT IS FURTHER ORDERED that any and all interest of the following persons

21   are specifically terminated and forfeited to the United States of America as to the

22   above-referenced properties: Gregorio Gonzalez.

23       IT IS FURTHER ORDERED that costs incurred by the United States

24   Homeland Security Investigations ("HSI") and any other governmental agencies

25   which were incident to the seizure, custody and storage of the properties be the first

26   charge against the forfeited properties.

27   //

28   //

- 2 -

20cr0513

1    IT IS FURTHER ORDERED that HSI shall dispose of the forfeited properties

2  according to law.

3    DATED:

4       11-20-20

5                                              Hon. Dana M. Sabraw
                                               United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28